ZHONG WEI SUN, Petitioner

v.

**Eric H. HOLDER, Jr., U.S. Attorney General, Respondent.**

No. 12–60205

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 18, 2012.

Donglai Yang, Law Office of Donglai Yang, New Orleans, LA, for Petitioner.

Aric Allan Anderson, Trial Attorney, Tangerlia Cox, Kathryn M. McKinney, U.S. Department of Justice Office of Immigration Litigation, Washington, DC, for Respondent.

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM: *

Petitioner Zhong Wei Sun seeks our review of the decision of the Board of Immigration Appeals (BIA) denying his motion to reopen his immigration proceedings.

---

As Sun does not challenge the BIA's ruling that the motion to reopen was untimely filed, he has waived this issue. *See Soadjede v. Ashcroft,* 324 F.3d 830, 833 (5th Cir.2003); *see also Calderon–Ontiveros v. I.N.S.,* 809 F.2d 1050, 1052 (5th Cir.1986). And, as this issue is dispositive, we do not address Sun's challenge of the BIA's alternative reason for denying his motion to reopen, viz., his ineligibility for adjustment of status.

PETITION FOR REVIEW DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.